516 A.2d 1184

**COMMONWEALTH of Pennsylvania**

v.

**Christine CARLISLE, Petitioner,**

**Loretta Marinacci, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 1986, it is hereby ordered and decreed that the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the search warrant properly identified and authorized a search of apartment # 1 of the building at 9935 Frankstown Road, Penn Hills, Pennsylvania.